UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR423-0072

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 21 U.S.C. § 846 |
| | ) Conspiracy to Possess with Intent to |
| EDGAR AYON | ) Distribute and to Distribute a |
| | ) Controlled Substance (Cocaine) |
| and | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| MELESIO VALDEZ | ) Possession with Intent to a |
| | ) Distribute and Distribution of a |
| | ) Controlled Substance (Cocaine) |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the

maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:** **Conspiracy to Possess with Intent to Distribute and to
Distribute a Controlled Substance (Cocaine)**
21 U.S.C. § 846

- Not less than ten (10) years and not more than life
  imprisonment;
- Not more than a $10,000,000.00 fine;
- Not less than five (5) years of supervised release;
- $100.00 special assessment.



FILED
U.S. DISTRICT COURT
2023 SEP -6 P 1: 51
CLERK_____
SO. DIST. OF GA.

**Count 2:**     **Possession with Intent to Distribute and Distribution of a Controlled Substance (5kg or More of Cocaine)**
21 U.S.C. § 841(a)(1)

- Not less than ten (10) years and not more than life imprisonment;
- Not more than a $10,000,000.00 fine;
- Not less than five (5) years of supervised release;
- $100.00 special assessment.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Darron J. Hubbard*

Darron J. Hubbard
Assistant United States Attorney
Illinois Bar No. 6313078