# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-00056-SAB All Defendants

Case title: USA v. Ayon et al

Date Filed: 05/10/2024

Assigned to: Magistrate Judge Stanley A. Boone

**Defendant (1)**

**Edgar Ayon**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| RULE 5(c)(3) | |

---

Assigned to: Magistrate Judge Stanley A. Boone

**Defendant (2)**

Melesio Valdez    represented by **Michael W Berdinella**
Law Offices of Michael W. Berdinella
726 W. Barstow
Suite 100
Fresno, CA 93704
559-436-8000
Fax: 559-436-8900
Email: attyberdinella@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| RULE 5(c)(3) | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 05/10/2024 | 1 | RULE 5(c)(3) ARREST and DOCUMENTS RECEIVED from Southern District of Georgia. Case 4:23CR-072 as to Edgar Ayon (1), Melesio Valdez (2). (Flores, E) (Entered: 05/10/2024) |
| 05/10/2024 | 2 | SHACKLING MINUTE ORDER signed by Magistrate Judge Stanley A. Boone on 05/10/2024: Pursuant to Local Rule 401, the Court hereby determined that the appropriate restraint level for Edgar Ayon is Fully Shackled (USM # 14318-511). (Nguyen, J) (Entered: 05/10/2024) |
| 05/10/2024 | 3 | SHACKLING MINUTE ORDER signed by Magistrate Judge Stanley A. Boone on 05/10/2024: Pursuant to Local Rule 401, the Court hereby determined that the appropriate restraint level for Melesio Valdez is Fully Shackled (USM # 14321-511). (Nguyen, J) (Entered: 05/10/2024) |
| 05/10/2024 | 4 | NOTICE of ATTORNEY APPEARANCE: Michael W Berdinella appearing for Melesio Valdez. Attorney Berdinella, Michael W added. (Berdinella, Michael) (Entered: 05/10/2024) |
| 05/10/2024 | 5 | MINUTES (Text Only) for proceedings held before Magistrate Judge Stanley A. Boone: INITIAL APPEARANCE ON OUT OF DISTRICT WARRANT re ARRAIGNMENT & PLEA ON INDICTMENT (Southern District of Georgia, Savannah Division) as to Edgar Ayon held on 05/10/2024. Defendant does not need an Interpreter. Defendant consented to the appearance by video. Financial affidavit provided on behalf of the defendant. The Court appoints counsel to represent the defendant in this case. The defendant is advised of the charges and rights, waived further reading, NOT GUILTY PLEA entered. True name stated as charged. Identity hearing waived. The court instructed government counsel under Rule 5(f) to comply with its disclosure obligations under Brady v. Maryland. The Government does not seek detention. Defense submits. Defendant is ordered released on O/R as stated on the record. Court orders Defendant to appear for court hearing in the |

| | | |
|---|---|---|
| | | Southern District of Georgia, Savannah Division. Pretrial Services Officer will give Defendant the next court hearing date. Defendant is ordered to keep in close contact with Pretrial Services Officer. Government Counsel: Arelis Clemente present. Defense Counsel: Eric Kersten present. Custody Status: In custody - FCJ - fully - present via video. Pretrial Services Officer: Anthony Perez present. Court Reporter/CD Number: ECRO Otilia Rosales. (Nguyen, J) (Entered: 05/13/2024) |
| 05/10/2024 | 6 | MINUTES (Text Only) for proceedings held before Magistrate Judge Stanley A. Boone: INITIAL APPEARANCE ON OUT OF DISTRICT WARRANT re ARRAIGNMENT & PLEA ON INDICTMENT (Southern District of Georgia, Savannah Division) as to Melesio Valdez held on 05/10/2024. Defendant does not need an Interpreter. Defendant consented to the appearance by video. Financial affidavit provided on behalf of the defendant. The Court appoints counsel to represent the defendant in this case. The defendant is advised of the charges and rights, waived further reading, NOT GUILTY PLEA entered. True name stated as charged. Identity hearing waived. The court instructed government counsel under Rule 5(f) to comply with its disclosure obligations under Brady v. Maryland. The Government does not seek detention. Defense submits. Defendant is ordered released on O/R as stated on the record. Court orders Defendant to appear for court hearing in the Southern District of Georgia, Savannah Division. Pretrial Services Officer will give Defendant the next court hearing date. Defendant is ordered to keep in close contact with Pretrial Services Officer. Government Counsel: Arelis Clemente present. Defense Counsel: Michael Berdinella present. Custody Status: In custody - FCJ - fully - present via video. Pretrial Services Officer: Anthony Perez present. Court Reporter/CD Number: ECRO Otilia Rosales. (Nguyen, J) (Entered: 05/13/2024) |
| 05/10/2024 | 7 | ORDER (TEXT ONLY) as to Plaintiff USA signed by Magistrate Judge Stanley A. Boone on 05/10/2024: According to the Federal Rules of Criminal Procedure Rule 5(f), the government is ordered to comply with its discovery obligations as required by federal law, including those duties imposed by Brady v. Maryland, 373 U.S. 83 (1963), and all applicable decisions interpreting Brady. This order does not relieve any party of any other discovery obligation. The consequences for violating this order or the government's obligations under Brady may include sanctions, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges, among other consequences. (Nguyen, J) (Entered: 05/13/2024) |
| 05/10/2024 | 9 | APPEARANCE AND COMPLIANCE BOND ORDER signed by Magistrate Judge Stanley A. Boone on 5/10/2024 as to Edgar Ayon. (Lundstrom, T) (Entered: 05/13/2024) |
| 05/10/2024 | 10 | ORDER SETTING CONDITIONS of RELEASE signed by Magistrate Judge Stanley A. Boone on 5/10/2024 as to Edgar Ayon (1). (Lundstrom, T) (Entered: 05/13/2024) |
| 05/10/2024 | 12 | APPEARANCE AND COMPLIANCE BOND ORDER signed by Magistrate Judge Stanley A. Boone on 5/10/2024 as to Melesio Valdez. (Lundstrom, T) (Entered: 05/13/2024) |
| 05/10/2024 | 13 | ORDER SETTING CONDITIONS of RELEASE signed by Magistrate Judge Stanley A. Boone on 5/10/2024 as to Melesio Valdez (2). (Lundstrom, T) (Entered: 05/13/2024) |

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-MJ-00056-SAB-2 |
| Melesio Valdez | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Melesio Valdez

Date:   05/10/2024

Michael Berdinella
*Attorney's signature*

Michael Berdinella
*Printed name and bar number*
726 W. Barstow, Suite 100
Fresno, CA 93704

*Address*

attyberdinella@gmail.com
*E-mail address*

(559) 436-8000
*Telephone number*

(559) 436-8900
*FAX number*

# UNITED STATES DISTRICT COURT
for the
Eastern District of California



FILED
MAY 10 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 1:24-MJ-00056-SAB |
| EDGAR AYON | ) |
| *Defendant* | |

## APPEARANCE AND COMPLIANCE BOND

### Defendant's Agreement

I, __EDGAR AYON__ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ✔ ) to appear for court proceedings;
( ✔ ) if convicted, to surrender to serve a sentence that the court may impose; or
( ✔ ) to comply with all conditions set forth in any Order Setting Conditions of Release for me.

### Type of Bond

( ✔ ) (1) This is a personal recognizance bond.

( ☐ ) (2) This is an unsecured bond of $ _____ , with net worth of: $

( ☐ ) (3) This is a secured bond of $ _____ , secured by: ***See below

    ( ☐ ) (a) $ _____ , in cash deposited with the court.

    ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

AO 98 (Rev. 12/11- EDCA [Fresno 11/13])  Appearance and Compliance Bond

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.*  This appearance bond may be forfeited if the defendant does not comply with the above agreement.  The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement.  At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.*  The court may order this appearance bond ended at any time.  This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property/Net Worth.*  I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.*  I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.  I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C.§ 1746.)

Date: 5/10/24

_____
Defendant's signature

_____                    _____
Surety/property owner – printed name                Surety/property owner – signature and date

_____                    _____
Surety/property owner – printed name                Surety/property owner – signature and date

_____                    _____
Surety/property owner – printed name                Surety/property owner – signature and date

CLERK OF COURT

Date: 05/10/24

_____
Signature of Clerk or Deputy Clerk

Approved.
Date: 5/10/24

_____
Judge's signature

**STANLEY A. BOONE, U. S. Magistrate Judge**

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

**FILED**

MAY 10 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) Case No. 1:24-MJ-00056-SAB | |
| EDGAR AYON ) | |
| *Defendant* ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   SOUTHERN DISTRICT OF GEORGIA, SAVANNAH DIVISION
*Place*

on   Pretrial Services Officer will give date and time for Defendant to appear
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

**AYON, Edgar**
**DOC. NO. 1:24-00056M-SAB**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of:

Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
CUSTODIAN

☑ (7) The defendant must:
    ☑ (a) report on a regular basis to the following agency:
         Pretrial Services and comply with their rules and regulations;
    ☑ (b) report in person to the Pretrial Services Agency on the first working day following your release from custody;
    ☑ (c) reside at a location approved by the pretrial services officer, and not move or absent yourself from this residence for more than 24 hrs. without the prior approval of the pretrial services officer;
    ☑ (d) report any contact with law enforcement to your pretrial services officer within 24 hours;
    ☑ (e) cooperate in the collection of a DNA sample;
    ☑ (f) restrict your travel to the Eastern District of California and Southern District of Georgia for court related purposes only, unless otherwise approved in advance by the pretrial services officer;
    ☑ (g) not associate or have any contact with co-defendant, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
    ☑ (h) seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
    ☑ (i) not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control; and,
    ☑ (j) not apply for or obtain a passport or any other travel documents during the pendency of this case.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

### Directions to the United States Marshal

( ☒ ) The defendant is ORDERED released after processing.

Date: 5/10/24

_____
*Judicial Officer's Signature*
**STANLEY A. BOONE, U.S. Magistrate Judge**
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California



FILED
MAY 10 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 1:24-MJ-00056-SAB |
| MELESIO VALDEZ | ) |
| *Defendant* | ) |

## APPEARANCE AND COMPLIANCE BOND

### Defendant's Agreement

I, __MELESIO VALDEZ__ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- ( ☑ ) to appear for court proceedings;
- ( ☑ ) if convicted, to surrender to serve a sentence that the court may impose; or
- ( ☑ ) to comply with all conditions set forth in any Order Setting Conditions of Release for me.

### Type of Bond

( ☑ ) (1) This is a personal recognizance bond.

( ☐ ) (2) This is an unsecured bond of $ _____, with net worth of: $ _____

( ☐ ) (3) This is a secured bond of $ _____, secured by: ***See below

    ( ☐ ) (a) $ _____, in cash deposited with the court.

    ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

_____

_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

_____

_____

## Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property/Net Worth.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 5/10/24

_____
Defendant's signature

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

CLERK OF COURT

Date: 05/10/24

_____
Signature of Clerk or Deputy Clerk

Approved.
Date: 5/10/24

_____
Judge's signature

STANLEY A. BOONE, U. S. Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
MAY 10 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
v. )
) Case No.   1:24-MJ-00056-SAB
MELESIO VALDEZ )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

　　The defendant must appear at:   SOUTHERN DISTRICT OF GEORGIA, SAVANNAH DIVISION
　　　　　　　　　　　　　　　　　　　　　　　　*Place*

　　on   Pretrial Services Officer will give date and time for Defendant to appear
　　　　　　　　　　　　　　　　　　*Date and Time*

　　If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

**VALDEZ, Melesio**
**DOC. NO. 1:24-00056M-SAB**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐    (6)    The defendant is placed in the custody of:

       Name of person or organization

       who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

       SIGNED: _____
                       CUSTODIAN

☑    (7)    The defendant must:
       ☑    (a)    report on a regular basis to the following agency:
                       Pretrial Services and comply with their rules and regulations;
       ☑    (b)    report in person to the Pretrial Services Agency on the first working day following your release from custody;
       ☑    (c)    reside at a location approved by the pretrial services officer, and not move or absent yourself from this residence for more than 24 hrs. without the prior approval of the pretrial services officer;
       ☑    (d)    report any contact with law enforcement to your pretrial services officer within 24 hours;
       ☑    (e)    cooperate in the collection of a DNA sample;
       ☑    (f)    restrict your travel to the Eastern District of California, Central District of California for business related purposes, and Southern District of Georgia for court related purposes only, unless otherwise approved in advance by the pretrial services officer;
       ☑    (g)    not associate or have any contact with co-defendant, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;
       ☑    (h)    seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;
       ☑    (i)    not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control; and,
       ☑    (j)    not apply for or obtain a passport or any other travel documents during the pendency of this case.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.
    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.
    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.
    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

### Directions to the United States Marshal

( ☒ ) The defendant is ORDERED released after processing.

Date: 5/10/24

_____
*Judicial Officer's Signature*
**STANLEY A. BOONE, U. S. Magistrate Judge**
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL