IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:23cr72-1-2 |
| EDGAR AYON (1), <br> MELESIO VALDEZ (2), | |
| Defendant. | |

### N O T I C E

**TAKE NOTICE** that the above captioned case is set for an Initial Appearance and Arraignment before Christopher L. Ray, United States Magistrate Judge, at 9:00 AM, on Thursday, June 20, 2024, at the United States District Court, 8 Southern Oaks Court, Savannah GA – Courtroom 2.

This 24th day of May, 2024.

JOHN TRIPLETT, CLERK

By: */s/ Molly Davenport*
Molly Davenport
Courtroom Deputy Clerk
912-280-4035