UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 4:23cr72-2 | **DATE:** June 20, 2024 |
| **UNITED STATES OF AMERICA** | **TIME:** 9:12 - |
| v. | **LOCATION:** Savannah |
| **MELESIO VALDEZ** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR SAV-CR2 | **Interpreter:** |
| **Probation Officer:** Heather Holland | **Security:** CSO Louis/USMS Mike |
| **Attorney(s) for Government:** Darron Hubbard | |
| **Attorney(s) for Defendant:** | |

**PROCEEDINGS:**     **INITIAL APPEARANCE/ARRAIGNMENT**

☐ Defendant advised of rights and the government's disclosure obligations
☐ Defendant advised of charges and penalties
☐ Defendant qualifies for court appointed counsel
☐ Not guilty plea entered
☐ Scheduling and Discovery Order was discussed and will be filed as a separate entry with specific dates.
☐ Government moves for detention:
   ☐ Defendant waives detention hearing at this time and reserves the right to request a detention hearing at a later date if there is a change in circumstances
   ☐ Detention hearing scheduled for:
   ☐ Detention hearing held
☐ Defendant released on an unsecured Appearance Bond in the amount of _____
☐ Defendant released on an Appearance Bond in the amount of _____, secured by _____
☐ Defendant released with supervision
☐ Defendant detained pending a detention hearing
☐ Defendant detained pending trial
☐ Defendant remanded to the custody of the US Marshal Service

**ADDITIONAL COMMENTS:**

Defendant failed to appear. ORAL MOTION by the government for a warrant was GRANTED.